UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES JONATHAN HIESTER,

       Petitioner,

                                            Case No. 1:10-cv-860

v.

                                            HONORABLE PAUL L. MALONEY

CINDI CURTIN,

       Respondent,
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Phillip J. Green in this action (ECF No. 26). The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that the habeas corpus petition is **DENIED** for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED.**

**This action is terminated.**

Date:  June 30, 2015                                         /s/ Paul L. Maloney
                                                                   Paul L. Maloney
                                                                   Chief United States District