UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES JONATHAN HIESTER,

    Petitioner,

                                            Case No. 1:10-cv-860

v.

                                            HONORABLE PAUL L. MALONEY

CINDI CURTIN,

    Respondent,
_____/

**JUDGMENT**

Having issued an order adopting a report and recommendation and denying the petition for writ of habeas corpus, pursuant to Fed.R.Civ.P. 58, **JUDGMENT** is hereby entered in favor of respondent and against the petitioner.  A notice of appeal must ordinarily be filed within 30 days from the entry of this judgment under FED. R. APP. P. 4(a).


Date:   June 30, 2015                                      /s/ Paul L. Maloney
                                                                       Paul L. Maloney
                                                                       Chief United States District